WICKER, J.
concurs with reasons.
|,I concur and write separately only to add that we do not substitute our own findings for that of the trial court. Instead, we find that, in the face of its own findings, the trial court committed manifest error in its award of general damages.
The trial court found that, due to the accident, Ms. Mixter was diagnosed with a mild bulge of the disc at C3-4 and C5-6 and a posterolateral projection of the disc at C4-5 which caused her to suffer 11% whole body impairment, experience pain for a duration in excess of twelve months, and experience a curtailment in her daily activities. As stated in the opinion, a review of the jurisprudence reveals that the range of awards for persons with similar injuries as Ms. Mixter is between $80,000 and $45,000. Because the trial court further found that a subsequent accident prolonged Ms. Mixter’s recovery, I agree that the lowest permissible award in general damages is $80,000.